UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMSELFILM PRODUCTIONS GMBH & CO. KG, | : : : |
| Plaintiff, | : : Civil Action No. 12-3866(FSH) |
| v. | : : |
| SWARM 46EE1, et al. | : ORDER |
| Defendants. | : : |

This matter having come before the Court by way of motion to expedite discovery so that the plaintiff may seek information to identify individuals who used specific internet protocol addresses to allegedly distribute copyrighted work;

and while the motion and proposed order seek permission to seek information about such addresses that are represented to be attached to the Complaint as "Exhibit A", no such list is attached to the Complaint;[1]

and the Court therefore finding the motion is deficient as it does not identify the internet protocol addresses for which information is sought;

IT IS THEREFORE ON THIS 18th day of July, 2012

ORDERED that the motion for expedited discovery [ECF No. 6] is denied without prejudice; and

IT IS FURTHER ORDERED that plaintiff shall file a Corrected Complaint that attaches

---

[1] Attaching items to the Order to Show Cause submission is not equivalent to attaching the list to the Complaint, particularly since the Complaint itself purports to reference the individuals who allegedly committed the acts described in the Complaint as being listed on "Schedule B". ECF No. 1 at 1, ¶1.

the schedules reference in the Complaint at Paragraph 1.

s/Patty Shwartz<br>
**UNITED STATES MAGISTRATE JUDGE**